AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DOC # 53

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 15-MAG-3562 |
| NG, LAP SENG, a/k/a DAVID NG, et al. | ) |
| *Defendant* | ) |

U.S. DISTRICT COURT FILED
OCT 14 2015
S.D. OF N.Y.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NG, LAP SENG

Date: 10/09/2015

*Attorney's signature*

HUGH H. MO (1050137)
*Printed name and bar number*

THE LAW FIRM OF HUGH H. MO, P.C.
225 BROADWAY, SUITE 2702
NEW YORK, NEW YORK 10007

*Address*

hhmo8@verizon.net
*E-mail address*

(212) 385-1500
*Telephone number*

(212) 385-1870
*FAX number*