DOCKET No. **15 MAG 3562**   DEFENDANT: **NG LAP SENG**

AUSA **DAN RICHENTHAL**   DEF.'S COUNSEL **BEN BRAFMAN**
☐ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

**X MANDARIN** _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
☒ Other: **BAIL HEARING.**

DATE OF ARREST _____   ☐ VOL. SURR.
TIME OF ARREST _____   ☐ ON WRIT
TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ **50,000,000** PRB
☐ $ _____ FRP
☒ SECURED BY $ **20,000,000** CASH/PROPERTY: **240 East 47 Street, Apts. 2C + 2D, New York, New York**
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT   **GPS**
☐ HOME INCARCERATION   ☒ HOME DETENTION   ☐ CURFEW   ☒ ELECTRONIC MONITORING
☒ OTHER CONDITIONS **Def. to submit to urine analysis administered by Pretrial Servs. Office. If the test is positive for a controlled substance, additional testing or treatment may be directed by Pretrial Servs. Office. Def. may leave his residence for medical treatment and to meet with counsel and attend Court with prior notification to Pretrial Servs. Det.'s presence at his residence is to be secured by the Guidepost Security Company in accordance with the plan presented to the Court on 10/16/15.**
☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

**The instant order releasing the def. on bail conditions is stayed until 10/19/15 @ 2:00 p.m.**

U.S. DISTRICT COURT FILED OCT 16 2015 S.D. OF N.Y.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: **10/16/15**   _Kevin Nathaniel Fox_
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2