

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 19, 2015

**BY FACSIMILE**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
40 Foley Square
New York, NY 10007

>    Re:    *United States* v. *Ng Lap Seng, et al.,*
>            15 Mag. 3562

Dear Judge Fox:

        With consent of the defendant, the Government respectfully writes to request that the stay of release of the defendant in the above-captioned matter, presently scheduled to expire at 2:00 p.m. today, be extended to the close of business on this Thursday, October 22, 2015. The purpose of this request is to permit the Government time to appeal the order of release to the assigned district judge, which judge is expected to be assigned late tomorrow, upon the filing of an indictment.

*10 | 19 | 15*
*Application granted.*

SO ORDERED:

_____
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Respectfully submitted,

PREET BHARARA
United States Attorney

By:    s/ Daniel C. Richenthal
       Daniel C. Richenthal
       Assistant United States Attorney
       (212) 637-2109

cc:    (by email)

       Benjamin Brafman, Esq.